UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DIEGO NAVARRO**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 117]. On August 17, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 44] pursuant to a written plea agreement [ECF No. 116]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 117]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 117] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Diego Navarro as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Diego Navarro is adjudicated guilty of Count One of the Indictment, which charges him with conspiracy to possess with intent to distribute 400 grams or more of

CASE NO. 21-80026-CR-CANNON

fentanyl, in violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(A)(vi). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count 3 against the Defendant at sentencing [ECF No. 116 (plea agreement)]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of September 2021.

*[signature]*
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record